UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TECHNIQUE GOLF, LLC,

        Plaintiff(s),

vs.

Case No. 10-12721

HON. GEORGE CARAM STEEH

PIRANHA GOLF PTY, LTD,

        Defendant(s).
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 28, 2011 the parties of record advised the court that a settlement had been reached and there being no further communication to the court; therefore

This case is hereby DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: April 29, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on
April 29, 2011 by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Deputy Clerk